[Civ. No. 1417.     First Appellate District.—February 3, 1914.]

JAMES J. RYAN, Appellant, v. WILEY F. CRIST et al.,
Respondents.

CRIMINAL LAW—SEARCH WARRANT—PROHIBITION AFTER EXECUTION OF
WARRANT.—A writ of prohibition will not issue to restrain the
execution of a search warrant where, before the issuance of the
alternative writ, the search warrant has been executed and the prop-
erty taken into the possession of the magistrate, and no showing
is made of any further attempted judicial action on his part.

APPEAL from a judgment of the Superior Court of the
City and County of San Francisco. F. H. Dunne, Judge.

The facts are stated in the opinion of the court.

A. S. Newburgh, for Appellant.

C. M. Fickert, District Attorney, and Maxwell McNutt, for
Respondents.

THE COURT.—On petition for rehearing.

The petition for rehearing must be denied. The original
application for the writ of prohibition avers the issuance and
threatened execution of a search warrant, by which the prop-
erty of the petitioner will be seized and taken into the posses-
sion of the magistrate issuing the process. The record shows
that before the alternative writ was issued the search warrant
had already been executed and the property taken into the
possession of the magistrate. Its office was therefore ful-
filled; and there was nothing for the court to prohibit unless
it should appear that the magistrate was undertaking to do,
or was assuming jurisdiction to do, some further act with ref-
erence to the property; but the record affirmatively and con-
clusively shows that there is no judicial act under the statute
relating to search warrants which the magistrate is either as-
suming to do or can do, except the act of restoring the property
to the petitioner upon his demand. He has made no such
demand; but if he should do so, and the demand should be
refused, it would appear upon the facts stated in the record
that he has a plain, speedy, and adequate remedy in an action

to recover its possession, with damages for its unlawful detention. In the absence of any showing that the writ here sought is desired to prohibit any judicial action on the part of the magistrate except that which had been already consummated before the alternative writ was issued, the court adheres to its view that the matters presented upon this appeal are moot questions, which this court is not called upon to decide.